T.C. Memo. 2006-204

UNITED STATES TAX COURT

DONALD ERTZ, Petitioner <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket No. 20336-04L.                    Filed September 25, 2006.

This opinion was withdrawn by order dated
September 27, 2006.